United States District Court
District of Massachusetts

```
_____
                              )
Kelvilyn Alerrando Star De    )
Pinho-Cilira,                 )
                              )
         Petitioner,          )
                              )   Civil Action No.
     v.                       )   25-13180-NMG
                              )
Kristi Noem et. al.,          )
                              )
         Respondents.         )
_____)
```

**ORDER**

**GORTON, J.**

This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Kelvilyn Alerrando Star De Pinho-Cilira ("petitioner" or "Pinho-Cilira"). He contends that Kristi Noem and other named respondents ("respondents") have refused to grant him a bond hearing on the basis of his detention pursuant to 8 U.S.C. §1225(b)(2), despite his contention that he is eligible for such a hearing under §1226(a).

For the reasons set forth in Sampiao v. Hyde, No. 1:25-CV-11981-JEK, 2025 WL 2607924 (D. Mass. Sept. 9, 2025), Lema Zamora v. Noem, No. 25-cv-12750-NMG, 2025 WL 2958879 (D. Mass. Oct. 17, 2025) and Lopez-Monteros v. Hyde, No. 25-cv-12629-NMG (D. Mass. Oct. 27, 2025), the petition for writ of habeas corpus (Docket

-1-

No. 1) is **ALLOWED**. The Court directs that Pinho-Cilira is to be released unless he is afforded a bond hearing that complies with the standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven days of the date of this order.

**So ordered.**

_____
Nathaniel M. Gorton
Senior United States District Judge

Dated: November 5, 2025